IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00440-PAB-KLM    FILED UNDER RESTRICTION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5105 EAST 39TH AVENUE, DENVER, COLORADO;

FIRST AMERICAN BANK ACCOUNT # 29009285801;

WELLS FARGO BANK ACCOUNT # 90182676;

WELLS FARGO BANK ACCOUNT # 7962024811;

WELLS FARGO BANK ACCOUNT # 3342985821;

WELLS FARGO BANK SAFE DEPOSIT BOX # CONOR0102812731;

FIFTH THIRD BANK ACCOUNT # 7541501073;

FIFTH THIRD BANK ACCOUNT # 7540485781;

FIFTH THIRD BANK ACCOUNT # 7540300303; and

FIFTH THIRD BANK ACCOUNT # 7541360421,

    Defendants.

## WRIT OF ENTRY

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER - GREETINGS:

    Based upon the Verified Complaint for Forfeiture *In Rem* filed herein, against the defendant real property described as follows:

1

5105 East 39th Avenue, Denver, Colorado (defendant "Warehouse"), which is more fully described as follows:

> That part of the Southwest ¼ Southeast ¼ of Section 19, Township 3 South, Range 67 West of the 6th P.M. City and County of Denver, State of Colorado, more particularly described as follows:
>
> Commencing at a point on the North line of the Southwest ¼ Southeast ¼ of said Section 19, which is 30 feet West of the Northeast corner of said Southwest ¼ Southeast ¼ of said Section 19, said point being on the West line of Forest Street; thence South along the West line of Forest Street a distance of 495.24 feet to the North line of East 39th Avenue; Thence West along the North line of East 39th Avenue a distance of 200 feet to the true point of beginning; Thence continuing West along the North line of Said 39th Avenue a distance of 140 feet; Thence North along a line parallel with the West line of Forest Street a distance of 303.04 feet to a point 191.94 feet South of the North line of said Southwest ¼ Southeast ¼ of said Section 19; Thence East along a line 191.94 feet South of and parallel to the North line of said Southwest ¼ Southeast ¼ a distance of 140 feet; Thence South parallel to the West line of Forest Street a distance of 303.15 feet to the true point of beginning.

and the Application for Writ of Entry filed by the United States, and the Court being satisfied that it has jurisdiction over the defendant property, and that there is probable cause to believe the defendant real property are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881;

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2), and Supplemental Rule for Certain Admiralty and Maritime Claims E(4) and G(3)(c)(1), authorizing it to enter the defendant real property, including any structures, for the purpose of conducting an inspection and inventory of the property and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

The United States having not requested authority to seize the defendant real property at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real property and serve notice of this action and a copy of the Complaint on the owner(s) of the defendant real property under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rule for Certain Admiralty and Maritime Claims E(4);

IT IS ORDERED that the United States Marshals Service or its designee, is hereby authorized to:

1.  enter the defendant real property, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real property, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real property; and

2.  be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3.  be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography; and

4.  be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

SO ORDERED this 21st day of February, 2014.

BY THE COURT:

_____
United States Magistrate Judge

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO