IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00440-PAB-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5105 EAST 39TH AVENUE, DENVER, COLORADO;
FIRST AMERICAN BANK ACCOUNT # 29009285801;
WELLS FARGO BANK ACCOUNT # 90182676;
WELLS FARGO BANK ACCOUNT # 7962024811;
WELLS FARGO BANK ACCOUNT # 3342985821;
WELLS FARGO BANK SAFE DEPOSIT BOX # CONOR0102812731;
FIFTH THIRD BANK ACCOUNT # 7541501073;
FIFTH THIRD BANK ACCOUNT # 7540485781;
FIFTH THIRD BANK ACCOUNT # 7540300303; and
FIFTH THIRD BANK ACCOUNT # 7541360421,

       Defendants.

___

**FINAL JUDGMENT AS TO CERTAIN DEFENDANT ASSETS**

___

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture as to Certain Defendant Assets [Docket No. 77] entered by United States District Judge Philip A. Brimmer on October 6, 2014, the following JUDGMENT is hereby entered:

       1.    Forfeiture of the following defendant assets including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981:

             a.    $4,740.31 seized from Wells Fargo Account #90182676;

  b. $43,787.37 seized from Wells Fargo Account #7962024811;

  c. $6,044.51 seized from Wells Fargo Account #3342985821;

  d. $23,854.14 seized from Fifth Third Bank Account #7541501073; and

  e. $171,573.67 of the $558,638.22 seized from Fifth Third Bank Account #7540485781.

2. The United States shall have full and legal title as to the above described defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. The Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to these defendant assets under 28 U.S.C. § 2465.

4. Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this 7th day of October, 2014.

          JEFFREY P. COLWELL
          Clerk of the U.S. District Court

         By: Jennifer Hawkins
          Deputy Clerk