IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00440-PAB-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5105 EAST 39th AVENUE, DENVER, COLORADO;
FIRST AMERICAN BANK ACCOUNT # 29009285801;
WELLS FARGO BANK ACCOUNT # 90182676;
WELLS FARGO BANK ACCOUNT # 7962024811;
WELLS FARGO BANK ACCOUNT # 3342985821;
WELLS FARGO BANK SAFE DEPOSIT BOX # CONOR0102812731;
FIFTH THIRD BANK ACCOUNT # 7541501073;
FIFTH THIRD BANK ACCOUNT # 7540485781;
FIFTH THIRD BANK ACCOUNT # 7540300303; and
FIFTH THIRD BANK ACCOUNT # 7541360421,

       Defendants.
_____

**FINAL ORDER OF FORFEITURE
AS TO CERTAIN DEFENDANT PROPERTIES**
_____

       This matter comes before the Court on the United States' Motion for Final Order of Forfeiture as to Certain Defendant Properties [Docket No. 97]. The Court having read said Motion and being fully advised in the premises finds:

       1. The United States commenced this action *in rem* pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881.

       2. All known parties have been provided with an opportunity to respond, and publication has been effected as required by Supplemental Rule G(4).

3. The United States and claimants Janet Joyce, JRD Enterprises LLC, 5105 East 39th Avenue LLC, David Krause, and David S. Krause Revocable Life Trust, individually and collectively, reached a settlement as to the real property located at 5105 East 39th Avenue, Denver, Colorado and all funds held in First American Bank Account # 29009285801, totaling $164,037.72, resolving all issues in dispute.

4. No other claims to the defendant properties identified below have been filed.

5. It further appears there is cause to issue a forfeiture order only as to $484,000.00 in lieu of defendant 5105 East 39th Avenue under 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881 in favor of the United States.

Wherefore, it is

**ORDERED** that forfeiture of $484,000.00 in lieu of defendant 5105 East 39th Avenue shall enter in favor of the United States. The United States shall have full and legal title to the $484,000.00 in lieu of defendant 5105 East 39th Avenue, and may dispose of defendant asset in accordance with law. It is further

**ORDERED** that the Clerk of Court is directed to enter Judgment. It is further

**ORDERED** that a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED December 8, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge